IN THE UNITED STATES DISTRICT COURT
For The Southern District of Texas
Corpus Christi Division

Hector Pacheco-Morales
TDCJ# 2257486
    Plaintiff,

v.

Bryan Collier, et al.,
    Defendants,

Civil Action No. 2:21-CV-00147

United States Courts
Southern District of Texas
FILED
APR 14 2022
Nathan Ochsner, Clerk of Court

## MEMORANDUM

1. Plaintiff respectfully asks this honorable court to review this civil suit under Americans with Disabilities Act 42 U.S.C. §§ 12101-12213. Plaintiff is a 24 hour psychic monitoring for his medication that he takes after the sexual assault and retaliations he's been experiencing. He also has a Aortic Mechanical Heart valve which he is classified 24 hour monitoring and Polychthemia VERA.

2. Plaintiff originally filed under Section 1983, that is improper. Under Federal ADA is most proper, As most all of Plaintiff Claims is under Medical he was perscribed Lovonox to get his INR up to the range his blood needs to be or his mechanical heart valve won't function properly or risk of stopping completely.

3. Plaintiff was picked up from Hospital Galveston and released by Hospital staff even though there's notation not to release plaintiff as the hospital is best suited for the administration/inoculation of Lovonox. All that it did was lead to the Near Death Incident. McConnell is a 24 hour unit but its a Max unit. Plaintiff is a S3/G2 trustee offender. McConnell was/is improper housing for Lovonox injections and plaintiff pleads of bleeding went unanswered because there was no staff to take him to infirmary which was delibrate indifference to plaintiff Medical needs.

Plaintiff respectfully asks this honorable court to review under the Americans with Disabilities Act 42 U.S.C. §§ 12101-12213.

SIGNED at Beaumont, Texas 11th of April, 2022

Hector Pacheco-Morales, Pro SE
LeBlanc Unit
3695 FM 3514
Beaumont, Texas 77705