United States District Court
Southern District of Texas
**ENTERED**
June 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HECTOR PACHECO-MORALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:21-CV-000147 |
| | § | |
| BRYAN COLLIER, DON BOSCOE, | § | |
| ISAAC KWARTENG, LANNETT | § | |
| LINTHICORN, and TANYA LAWSON, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the December 28, 2022, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Jason B. Libby. (Dkt. No. 51). Magistrate Judge Libby made findings and conclusions and recommended that Plaintiff's Application to Proceed *In Forma Pauperis* on Appeal, (Dkt. No. 40), be denied. (See Dkt. No. 51).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On January 9, 2023, Plaintiff filed objections. (Dkt. No. 54). Plaintiff asserts that he suffers from medical risks and his current living conditions pose danger to his health and well-being. (*Id.* at 2–3).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in

part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Libby's M&R, (Dkt. No. 51), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Application to Proceed *In Forma Pauperis* on Appeal, (Dkt. No. 40), is **DENIED**.

It is SO ORDERED.

Signed on June 9, 2023.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**